MICHAEL A. FOLEY, Respondent, *v.* THE SOLVAY
PROCESS COMPANY, Appellant.

*Foley* v. *Solvay Process Co.*, 151 App. Div. 902, affirmed.
(Argued May 5, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered June 4, 1912, affirming a judgment in favor of
plaintiff entered upon a verdict in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant, his
employer.

*Louis L. Waters* for appellant.

*A. Lee Olmsted* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.

---

NATIONAL LEAGUE OF COMMISSION MERCHANTS OF THE
UNITED STATES, Respondent, *v.* GEORGE HORNUNG,
Appellant.

*Nat. League of Commission Merchants of U. S.* v. *Hornung*,
153 App. Div. 937, affirmed.
(Argued May 5, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered November 18, 1912, affirming a judgment in
favor of plaintiff entered upon a decision of the court at
a Trial Term without a jury in an action to enjoin the
defendant from exercising the rights of a member of
the plaintiff association and from using its trade mark
or emblem.

*Frederick Haller* for appellant.

*August Becker* and *Foster B. Turnbull* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.

---

ERNEST V. DUNLEVIE, Appellant, *v.* JUSTIN W. SPANGENBERG, Defendant, and JOHN R. DRONEY, Respondent.

*Dunlevie.* v. *Droney,* 149 App. Div. 930, affirmed.
(Argued May 5, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court at Trial Term without a jury in an action to recover for an alleged breach of contract of sale.

Plaintiff complained that the damages allowed were inadequate.

*James McCormick Mitchell* for appellant.

*Adelbert Moot* and *Allen J. Hastings* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, MILLER and CARDOZO, JJ.

---

FANNY J. KIRKWOOD et al., as Executors of THOMAS KIRKWOOD, Deceased, Respondents, *v.* HARRY M. SMITH, Individually and as Surviving Partner of C. S. LOCKE & SMITH, et al., Appellants, Impleaded with Another.

*Kirkwood* v. *Smith,* 149 App. Div. 946, affirmed.
(Submitted May 5, 1914; decided June 2, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1912, affirming a judgment in favor of